UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H&S CLUB OMAHA, INC.,<br><br>Petitioner,<br><br>v.<br><br>BROADCAST MUSIC, INC.,<br><br>Respondent. | Case No. 1:25-cv-09147-VM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND** |

**WHEREAS**, on December 1, 2025, Petitioner H&S Club Omaha, Inc. ("Petitioner") filed an Amended Petition (ECF No. 12) in the above-captioned action;

**WHEREAS**, on January 9, 2026, Respondent Broadcast Music, Inc. ("Respondent") agreed to accept service of the summons and Amended Petition via mail in exchange for an extension of Respondent's deadline to respond to the Amended Petition.  Petitioner agreed to the proposed extension on January 10, 2026.  The current deadline for Respondent to answer, move, or otherwise respond to the Amended Petition is February 2, 2026;

**WHEREAS**, there have been no previous requests by Respondent for any extension of the time to respond to the Amended Petition; and

**WHEREAS**, this stipulation is entered into without waiving, and without prejudice to, any rights and arguments the parties may assert regarding dismissal or transfer of this action.

**IT IS HEREBY STIPULATED AND AGREED** that undersigned counsel for Respondent are authorized to accept, and hereby do accept, service of the summons and the Amended Petition in this action on behalf of their client.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel that the time for the Respondent to answer, move, or otherwise respond to the Amended Petition herein is extended to February 25, 2026.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, electronic or emailed signatures shall have the same force and effect as original signatures.

Dated: January 16, 2026

Respectfully submitted,

By: */s/ Lee Squitieri*

By: */s/ Atara Miller*

Lee Squitieri
**SQUITIERI & FEARON, LLP**
205 Hudson Street, 7th Floor
New York, NY 10013
Telephone:  (212) 421-6492
Email:  lee@sfclasslaw.com

Evan Spencer
**EVAN SPENCER LAW, PLLC**
305 Broadway, 7th Floor
New York, NY 10007
Telephone:  (917) 547-4665
Email:  evan@evanspencerlaw.com

*Attorneys for Petitioner H&S Club Omaha, Inc.*

Scott A. Edelman
Atara Miller
Lucille E. Baeurle
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Email:  sedelman@milbank.com
          amiller@milbank.com
          lbaeurle@milbank.com

*Attorneys for Respondent Broadcast Music, Inc.*

- 3 -

**SO ORDERED:**

Dated: _____, 2026              _____

                                                                        **Hon. Victor Marrero**
                                                                         United States District Judge