USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H&S CLUB OMAHA, INC.,<br><br>                    Petitioner,<br><br>v.<br><br>BROADCAST MUSIC, INC.,<br><br>                    Respondent. | Case No. 1:25-cv-09147-VM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND** |

**WHEREAS**, on December 1, 2025, Petitioner H&S Club Omaha, Inc. ("Petitioner") filed an Amended Petition (ECF No. 12) in the above-captioned action;

**WHEREAS**, on January 9, 2026, Respondent Broadcast Music, Inc. ("Respondent") agreed to accept service of the summons and Amended Petition via mail in exchange for an extension of Respondent's deadline to respond to the Amended Petition. Petitioner agreed to the proposed extension on January 10, 2026. The current deadline for Respondent to answer, move, or otherwise respond to the Amended Petition is February 2, 2026;

**WHEREAS**, there have been no previous requests by Respondent for any extension of the time to respond to the Amended Petition; and

**WHEREAS**, this stipulation is entered into without waiving, and without prejudice to, any rights and arguments the parties may assert regarding dismissal or transfer of this action.

**IT IS HEREBY STIPULATED AND AGREED** that undersigned counsel for Respondent are authorized to accept, and hereby do accept, service of the summons and the Amended Petition in this action on behalf of their client.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned counsel that the time for the Respondent to answer, move, or otherwise respond to the Amended Petition herein is extended to February 25, 2026.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, electronic or emailed signatures shall have the same force and effect as original signatures.

Dated: January 16, 2026                                     Respectfully submitted,

By: */s/ Lee Squitieri*                                     By: */s/ Atara Miller*

Lee Squitieri                                               Scott A. Edelman
**SQUITIERI & FEARON, LLP**                                 Atara Miller
205 Hudson Street, 7th Floor                                Lucille E. Baeurle
New York, NY 10013                                          **MILBANK LLP**
Telephone:  (212) 421-6492                                  55 Hudson Yards
Email:  lee@sfclasslaw.com                                  New York, NY 10001
                                                            Telephone:  (212) 530-5000
Evan Spencer                                                Facsimile:  (212) 530-5219
**EVAN SPENCER LAW, PLLC**                                  Email:  sedelman@milbank.com
305 Broadway, 7th Floor                                              amiller@milbank.com
New York, NY 10007                                                   lbaeurle@milbank.com
Telephone:  (917) 547-4665
Email:  evan@evanspencerlaw.com                             *Attorneys for Respondent Broadcast Music, Inc.*

*Attorneys for Petitioner H&S Club Omaha, Inc.*

**SO ORDERED:**

Dated:  January 20, 2026

                                              **Hon. Victor Marrero**
                                              United States District Judge