Squitieri & Fearon, LLP
205 Hudson Street – 7th Floor
New York, New York 10013
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
www.sfclasslaw.com



**Lee Squitieri**
lee@sfclasslaw.com

March 4, 2026

**VIA ECF**

Honorable Judge Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***H&S Club Omaha, Inc. v. Broadcast Music Inc.***
            **SDNY – Case: 1:25-cv-09147(VM)**

Dear Judge Marrero:

    We represent petitioner in the above referenced "rate" case brought pursuant to the "Final Judgment" (a/k/a "Consent Decree") (copy attached) in *U.S.A. v. Broadcast Music Inc., et al.*, Civil No. 64-civ-3787 (U.S.D.C. S.D.N.Y.) dated December 29, 1966. This letter is a letter for a pre-motion conference letter under your Individual Rules at II.A.2, for leave to amend the Petition (already once amended) (ECF No. 12) to cure/address the infirmities raised by Respondent in their February 20, 2026 letter to Petitioner (previously copied to this Court).

    I, the undersigned, only discovered the Respondent's February 20, 2026 letter in my inbox on March 2, 2026 upon my return to the office, obviously after the seven calendar day time limit to respond imposed by the Court. I am embarrassed by my oversight and beg the Court's indulgence to excuse my tardiness and inconvenience to the Cout's orderly procedures and ask the Court consider this application. Under separate email to Chambers our response to the February 20, 2026 letter will arrive today.

    We seek to amend the Amended Petition to eliminate certain contentions objected to by Petitioner, (*i.e.*, the claims for retroactive adjustment) and to refine the pleading as to the issue of whether Petitioner has made the requisite "written application" for a license which the Consent Decree makes a pre-condition to invoking this Court's jurisdiction.

    We believe that allowing such amendment will eliminate an issue and refine the main issue for Respondent's (and the Court's) further consideration. The substance of our request for leave to amend can be gleaned from our March 4, 2026 letter to Respondent responding to their February 20, 2026 letter, which has been emailed to the Court per its rules.

Honorable Judge Victor Marrero
March 4, 2026
Page 2

       We are available for further conference at the convenience of the Court.

                                    Respectfully,

                                    Lee Squitieri

LS: mm
Encls.

cc:    Evan Spencer, Esq.
        Atara Miller, Esq.
        Lucy Beaurle, Esq.