**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2026

H&S CLUB OMAHA,

                    Petitioner,

          - against -

BROADCAST
MUSIC, INC.,

                    Respondent.

25-CV-09147 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

On March 4, 2026, the Court received a letter from counsel for Petitioner H&S Club Omaha in this matter seeking to leave to amend the Amended Petition. (See Dkt. No. 21.)

The Court Directs Petitioner to inform the Court within five (5) days of this order the nature of the proposed amendment and why further amendment is warranted.

**SO ORDERED.**

Dated:    6 March 2026
          New York, New York

_____
                    Victor Marrero
                    U.S.D.J.