UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H&S CLUB OMAHA, INC.,

                Petitioner,

    - against -

BROADCAST MUSIC, INC.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2026

25-CV-09147 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 11, 2026, the Court received a letter from counsel for Petitioner H&S Club Omaha, Inc. in this matter explaining its proposed amendments to the Amended Petition. (See Dkt. No. 26.)

The Court Directs Respondent Broadcast Music, Inc. to respond within five (5) days of this order by letter not to exceed three (3) pages showing why Petitioner should not be granted leave to file the proposed amendments to the Amended Petition.

**SO ORDERED.**

Dated:    12 March 2026
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.