**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2026

H&S CLUB OMAHA, INC.,

                  Petitioner,

       - against -

BROADCAST
MUSIC, INC.,

                  Respondent.

25-CV-09147 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court **GRANTS** Petitioner H&S Club Omaha's request (Dkt. No. 21) for leave to amend the Amended Complaint. The Court directs Petitioner to file the amendment to the Amended Complaint within seven (7) days of this Order.

**SO ORDERED.**

Dated:    17 March 2026
          New York, New York

                              Victor Marrero
                              U.S.D.J.