

## Milbank

**ATARA MILLER**
Partner
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5421
amiller@milbank.com  |  milbank.com

April 23, 2026

**<u>VIA ECF</u>**

The Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *H&S Club Omaha, Inc. v. Broadcast Music, Inc.*, 1:25-cv-09147-VM

Dear Judge Marrero:

We write on behalf of Broadcast Music, Inc. ("<u>BMI</u>") in the above-referenced matter filed by Petitioner H&S Club Omaha ("<u>Petitioner</u>"), pursuant to Your Honor's April 20, 2026 Order (ECF No. 32), to inform the Court that BMI consents to deem the pre-motion letters as constituting a fully briefed motion to dismiss and for the Court to rule on the basis of those letters. BMI requests that, to the extent Petitioner requests and receives supplemental briefing, BMI be allowed to respond accordingly.

BMI reserves all rights, appreciates the Court's time and attention, and is available at the Court's convenience to address any questions.

Respectfully submitted,

/s/ *Atara Miller*
Atara Miller

*Counsel for Broadcast Music, Inc.*

cc:  All counsel of record (via ECF).

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO