**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2026

H&S Club Omaha, Inc,

                    Plaintiff,

           - against -

Broadcast Music, Inc.,

                    Defendant.

**25-cv-09147 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of letters by Petitioner (Dkt. No. 33) and Respondent (Dkt. No. 34) regarding Respondent's motion to dismiss. Based on the consent of the parties, the Court will rule on Respondent's motion to dismiss based on the pre-motion letters and any supplemental briefs. The Court **GRANTS** the request for both parties to submit 5-page supplemental briefs instead of full briefing in connection with Defendant's motion to dismiss. Petitioner's supplemental brief is due on or before May 7, 2026. Respondent's supplemental brief is due on or before May 21, 2026.

**SO ORDERED.**

Dated:    24 April 2026
          New York, New York

Victor Marrero
U.S.D.J.