UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H&S CLUB OMAHA, INC.,<br><br>Petitioner,<br><br>v.<br><br>BROADCAST MUSIC, INC.,<br><br>Respondent. | **Case No.: 1:25-civ-09147 (VM)**<br><br>**INDEX OF EXHIBITS** |

**INDEX OF EXHIBITS IN SUPPORT OF PETITIONER'S BRIEF**

**Exhibit "A"** – Petitioner email to Respondent dated 6.28.23.

**Exhibit "B"** – Petitioner email to Respondent dated 7.8.23.

**Exhibit "C"** – Petitioner letter to Respondent dated 10.3.25.

**Exhibit "D"** – Petitioner email to Respondent dated 6.17.23.

**Exhibit "E"** – Respondent email to Petitioner dated 6.21.23.

**Exhibit "F"** – Respondent email to Petitioner dated 6.22.23.

**Exhibit "G"** – Petitioner email to Respondent dated 6.24.23.

**Exhibit "H"** – Petitioner email to Respondent dated 6.27.23.

**Exhibit "I"** – Respondent email to Petitioner dated 6.28.23.

**Exhibit "J"** – Petitioner letter and email to Respondent dated 4.24.26.

Dated: May 7, 2026

Respectfully submitted,

By: *[/s/ Lee Squitieri](#)*
Lee Squitieri
SQUITIERI & FEARON, LLP
205 Hudson Street, 7th Floor
New York, New York 10013
Telephone: (212) 421-6492
Email: lee@sfclasslaw.com

Evan Spencer
**EVAN SPENCER LAW, PLLC**
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (917) 547-4665
Email: evan@evanspencerlaw.com

*Attorneys for Petitioner H&S Club Omaha, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of May, 2026, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, giving notice to all parties in this action.

/s/*Lee Squitieri*____________________
Lee Squitieri